FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LONNIE WHITE, an individual; JEANA HILL, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALLA WALLA COUNTY, a political subdivision of the State of Washington; TOM BEYER, an individual employed by Walla Walla County,<br><br>    Defendants. | No. 4:20-CV-05009-SAB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION AND DENYING DEFENDANTS' MOTION** |

    Before the Court are Plaintiffs' Motion for Protective Order, ECF No. 43, and Defendants' Motion to Compel, ECF No. 51.[1] The Court held a hearing on the motions by videoconference on April 12, 2021. Plaintiffs were represented by Samantha Lynn, who appeared by video. Defendants were represented Luke O'Bannan, who appeared by video.

    The Court grants Plaintiffs' motion and denies Defendants' motion. To prevail on its claims, Defendant Walla Walla County needs to show that the Ordinance was sufficiently justified at the time it was passed, not at the time that it

---

[1] The corrected version of the Motion to Compel is located at ECF No. 52.

**ORDER GRANTING PLAINTIFFS' MOTION AND DENYING DEFENDANTS' MOTION** # 1

was violated. Thus, Defendants' requested discovery is neither relevant to the parties' claims and defenses nor proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b)(1).

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Protective Order, ECF No. 43, is **GRANTED**.

2. Defendants' Motion to Compel, ECF No. 51, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 12th day of April 2021.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING PLAINTIFFS' MOTION AND DENYING DEFENDANTS' MOTION # 2**