FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEANA HILL, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WALLA WALLA COUNTY, a political subdivision of the State of Washington; TOM BEYER, an individual employed by Walla Walla County,<br><br>　　　　　Defendants. | No. 4:20-CV-05009-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

　　　Before the Court is the Parties' Stipulation for and Order of Dismissal. ECF No. 144. Plaintiff is represented by Michael D. Myers. Defendants are represented by Paul L. Kirkpatrick and Luke W. O'Bannan.

　　　The Parties announced to the Court that they have reached an agreement, and request that all of Plaintiff's claims against all Defendants be dismissed without assessment for costs or attorneys' fees. *Id*. at 1. The Court finds good cause to grant the motion for dismissal with prejudice.

//

//

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned action is **DISMISSED with prejudice**.

2. The Stipulation for and Order of Dismissal, ECF No. 144 is **GRANTED**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 1st day of December 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**